AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

RECEIVED
FEB 0 6 2023
BY MAIL

Bryson L. Evans
_Petitioner_

v.                                Case No. _____
                                         (Supplied by Clerk of Court)

Felix Vincent
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Bryson LaDarryl Evans
   (b) Other names you have used: LaDarryl Edward Brown Jr.
2. Place of confinement:
   (a) Name of institution: St.Louis Psychiatric Rehabilitation Treatment Center
   (b) Address: 5300 Arsenal Street, St.Louis, MO 63139
   (c) Your identification number: 4416317
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:
   Department of Mental Health
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: _____
       (b) Docket number of criminal case: _____
       (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☒ Other (explain): I'm being held in state custody because of something other than a judgment of conviction.

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): The commitment to the Department of Mental Health / wrongful incarceration.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: State of Missouri 105 South Central Clayton mo 63105, St. Louis County Courts bldg
   (b) Docket number, case number, or opinion number: 15SL-CR06216-02
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): The Commitment to the Department of Mental Health after being wrongfully incarcerated
   (d) Date of the decision or action: August 21st, 2017

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Sarah Kloss, St. Louis Psychiatric Rehabilitation treatment Center
      (2) Date of filing: 03-24-2021
      (3) Docket number, case number, or opinion number: 4416317
      (4) Result: She said nothing would change and added time.
      (5) Date of result: 03-24-2021
      (6) Issues raised: I remained in the custody of the department while being forced to take full responsibility of my offense or else they wouldn't discharge me.

   (b) If you answered "No," explain why you did not appeal: n/a

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes          ☐ No

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: Dr. Sam, St. Louis Psychiatric Rehabilitation Center
  (2) Date of filing: November of 2021 until July of 2022
  (3) Docket number, case number, or opinion number: 4416327
  (4) Result: He expanded my detention time.
  (5) Date of result: January of 2022 until July of 2022
  (6) Issues raised: He claimed there weren't any laws that could help me and that I couldn't speak to a judge and he gave me more time.

(b) If you answered "No," explain why you did not file a second appeal: n/a

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes   ☐ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: Lily Raymond, St. Louis Psychiatric Rehabilitation treatment center
  (2) Date of filing: 1-24-23
  (3) Docket number, case number, or opinion number: 4416327
  (4) Result: She told me to forget about it and get out by them
  (5) Date of result: 1-24-23
  (6) Issues raised: I don't have anyone to give me information on how to handle my situation because she's not telling me anything that will help.

(b) If you answered "No," explain why you did not file a third appeal: n/a

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes   ☒ No
If "Yes," answer the following:
(a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
     ☐ Yes                ☒ No

If "Yes," provide:
(1) Name of court: n/a
(2) Case number: n/a
(3) Date of filing: n/a
(4) Result: n/a
(5) Date of result: n/a
(6) Issues raised: n/a

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: n/a
(2) Case number: n/a
(3) Date of filing: n/a
(4) Result: n/a
(5) Date of result: n/a
(6) Issues raised: n/a

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: n/a

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: n/a
(b) Date of the removal or reinstatement order: n/a
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☒ No

If "Yes," provide:
(1) Date of filing: n/a
(2) Case number: n/a
(3) Result: n/a
(4) Date of result: n/a
(5) Issues raised: n/a

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: n/a
(2) Date of filing: n/a
(3) Case number: n/a
(4) Result: n/a
(5) Date of result: n/a
(6) Issues raised: n/a

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes   ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: motion to be released
(b) Name of the authority, agency, or court: Judge Joseph Walsh   St. Louis County Courts
(c) Date of filing: 1-14-23
(d) Docket number, case number, or opinion number: 15SL-CR06226-01, PmH ID 4476317
(e) Result: none
(f) Date of result: none
(g) Issues raised: none

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** My legal status is PIST and I know I had the burden of proof but I'm incarcerated (wrongfully) and I've never been convicted.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I've called 911 multiple of times regarding this case and my legal status is PIST.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** I've seen missouri laws that assist inpatients with discharge in which the Department of Mental Health have failed to inform me of.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
They may have put in their notes that I wasn't talking or assisting them with my case but that was all because I had been stating statutes.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes ☐ No

**GROUND THREE:** They've restricted my contact with litigation or civil rights.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I've contacted Protection and Advocacy services of missouri to see if they'd assist me.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes ☐ No

**GROUND FOUR:** There's no outdate toward release of when I may be released despite the law.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
They're telling me that their vision on my discharge lies within the doctor and treatment team despite the law.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: n/a

## Request for Relief

15. State exactly what you want the court to do: I would like to be compensated and released back into the community, conduct an investigation with my case to clear my name of all records.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

January 31st, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1-31-23

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*