UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRYSON L. EVANS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 4:23-cv-00132 SRC |
| FELIX VINCENT, | ) ) ) |
| Respondent. | ) |

### Order of Dismissal

In accordance with the Order entered this same date, the Court denies without prejudice and dismisses Petitioner Bryson Evans's application for writ of habeas corpus, Doc. 1, due to Evans's failure to exhaust his state-court remedies. The Court also dismisses without prejudice Evans's access-to-courts civil-rights claims. The Court does not issue a certificate of appealability.

So Ordered this 24th day of March 2023.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE